THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Vladimir Alexander Ayala-Melara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VLADIMIR ALEXANDER AYALA-MELARA,<br><br>　　　　Defendant. | CASE NO: 2:18-mj-347-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING**<br><br>(Eighth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between PHILLIP N. SMITH, JR., Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for VLADIMIR ALEXANDER AYALA-MELARA, that the preliminary hearing for Mr. Ayala-Melara, currently scheduled for March 18, 2019, at 4:00 p.m., be vacated and continued for at least (60) days to a date and time convenient to the Court.

　　　　This Stipulation is entered for the following reasons:

1. Counsel for Mr. Ayala-Melara has a scheduling conflict and will be in trial on case no. 2:15-cr-125-APG-GWF beginning on March 18, 2019.

2. The parties are discussing a potential resolution in this matter that could render a preliminary hearing unnecessary.

1

3. There remain a number of issues that the parties must address before proceeding with the preliminary hearing.

4. Mr. Ayala-Melara is currently in custody, and he has no objection to the continuance.

5. Counsel for Mr. Ayala-Melara and the Government jointly request that the preliminary hearing date for Mr. Ayala-Melara be continued for at least sixty (60) days.

DATED: March 15, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Phillip N. Smith, Jr.* |
| THOMAS A. ERICSSON, ESQ. | PHILLIP N. SMITH, JR. |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Vladimir Alexander Ayala-Melara* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

Defendant's preliminary hearing date was initially set for April 10, 2018. Since that time, there have been eight requests to continue the preliminary hearing date.

Accordingly,

**IT IS ORDERED** that the parties shall have a final 60-day continuance of the preliminary hearing date to **May 17, 2019 at 4:00 p.m. NO FURTHER EXTENSIONS WILL BE GRANTED**.

Dated this 18th day of March, 2019.

Peggy A. Leen
United States Magistrate Judge